UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

--------------------------------------------------------x

MARLON JACKSON,                          :
                                         :      CASE NO.: 3:25-cv-00711-SDD-SDJ
            Plaintiff,                    :
                                         :      Judge: Hon. Shelly D. Dick
vs.                                      :
                                         :      Magistrate: Hon. Scott D. Johnson
DIAMOND LAND COMPANY, L.L.C. and:
HAZA FOODS OF LOUISIANA, LLC,            :
                                         :
            Defendants.                  :
--------------------------------------------------------x

## NOTICE OF SETTLEMENT AND REQUEST FOR 60-DAY DISMISSAL ORDER

NOW INTO COURT, comes Plaintiff, Marlon Jackson, through undersigned counsel, who represents that all parties have reached an agreement upon settlement terms in the above-captioned matter. The parties request that the Court enter a sixty (60) day order of dismissal cancelling any currently pending deadlines and conferences, with the right of any party to reinstate the action within sixty (60) days if the settlement is not consummated.

Dated, this the 2nd day of April, 2026.

| **CERTIFICATE OF SERVICE** | Respectfully Submitted, |

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading has been delivered to all counsel of record on April 2, 2026, by ECF filing.

By:/s/ Andrew D. Bizer
**ANDREW D. BIZER**

Respectfully Submitted,

THE BIZER LAW FIRM, L.L.C.

/s/ Andrew D. Bizer
ANDREW D. BIZER (LA # 30396)
3319 St. Claude Ave.
New Orleans, LA 70117
T: 504-619-9999; F: 504-948-9996
Email: andrew@bizerlaw.com