UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---------------------------------------------------------x

MARLON JACKSON,                              :
                                             :         CASE NO.: 3:25-cv-00711-SDD-SDJ
                    Plaintiff,               :
                                             :         Judge: Hon. Shelly D. Dick
vs.                                          :
                                             :         Magistrate: Hon. Scott D. Johnson
                                             :
DIAMOND LAND COMPANY, L.L.C. and:
HAZA FOODS OF LOUISIANA, LLC,                :
                                             :
                    Defendants.              :

---------------------------------------------------------x

## ORDER

Having been advised that the parties have resolved Plaintiff's claims against Defendants,

IT IS HEREBY ORDERED that all claims asserted by Plaintiff's claims are hereby

**DISMISSED,** without prejudice to the right of any party to reinstate the action within 60 days if

the settlement is not consummated.

BATON ROUGE, LOUISIANA, this __6th__ day of ____April____, 2026.

_____
JUDGE